# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL JEFFERSON**, | Case No.: 2:18-cv-02400-TLN-AC |
| Plaintiff | |
| v. | |
| | **[~~PROPOSED~~] ORDER** |
| **MONARCH RECOVERY MANAGEMENT**, | |
| Defendant | |

The Court, having reviewed Plaintiff's Consent Motion for an Order Authorizing Production of Cellular Telephone Records by MetroPCS, finds that the motion is meritorious on its face and further that it is unopposed. It is therefore **Ordered** that the motion is **Granted**. MetroPCS is ORDERED to produce the cellular telephone records sought by the subpoena served upon it in this matter on November 20, 2018, to Plaintiff's counsel, Kimmel & Silverman, P.C., as directed in the subpoena.

DATED: February 11, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE