# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DARRYL JEFFERSON,** | ) ) ) Case No.: ) |
| Plaintiff. | ) 2:18-cv-02400-TLN-AC ) |
| v. | ) ) ) |
| **MONARCH RECOVERY MANAGEMENT,** | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 5, 2019　　　　　　　　By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Rohit Sabnis, Esquire
>Burnham Brown
>1901 Harrison Street, 14th Floor
>Oakland, CA 94612
>rsabnis@burnhambrown.com
>Attorney for Defendant

Dated: June 5, 2019            By: */s/ Amy L. B. Ginsburg*
                                                Amy L. B. Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: aginsburg@creditlaw.com