Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JEFFERSON, <br><br> Plaintiff, <br><br> v. <br><br> MONARCH RECOVERY MANAGEMENT, <br><br> Defendant. | Civil Action No. 2:18-cv-02400-TLN-AC |

### STIPULATION TO DISMISS

TO THE CLERK:

   Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Rohit Sabnis | /S/ Amy L. Bennecoff Ginsburg |
| Rohit Sabnis, Esq. <br> Burnham Brown <br> 1901 Harrison Street <br> 14th Floor <br> Oakland, CA 94612 <br> Phone: 510-444-6800 <br> Email:  rsabnis@burnhambrown.com <br> Attorney for the Defendant | Amy L. Bennecoff Ginsburg Esq. <br> Kimmel & Silverman, P.C. <br> 30 East Butler Pike <br> Ambler, PA 19002 <br> Phone: (215) 540-8888 <br> Fax: (215) 540-8817 <br> Email: aginsburg@creditlaw.com <br> Attorney for the Plaintiff |
| Date: July 26, 2019 | Date: July 26, 2019 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Rohit Sabnis, Esq.
Burnham Brown
1901 Harrison Street
14th Floor
Oakland, CA 94612
Phone: 510-444-6800
Email:  rsabnis@burnhambrown.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  July 26, 2019 | /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |